

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cliressa Elaane Brown,

Vs. No. 11-12-00248-CV

Ronald Peter Brown, Jr.,

\* From the 266th District
Court of Erath County,
Trial Court No. CV31344.

\* August 21, 2014

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Cliressa Elaane Brown.